## McCarty et al. v. Snowbarger et al.

[No. 5,305. Filed February 24, 1905. Rehearing denied March 30, 1905.]

APPEAL AND ERROR.—*Joint Assignment.*—*Parties to Exception.*—Where all of the appellants jointly assign error in the overruling of a demurrer to an answer to a certain paragraph of complaint to which one of the appellants was not a party, no question is presented.

From Tipton Circuit Court; *J. F. Morrison*, Special Judge.

Action by James D. McCarty and others against John J. Snowbarger and others. From a decree for defendants, plaintiffs appeal. *Affirmed.*

*C. N. Parker* and *Coleman & Carter* for appellants.
*W. R. Oglebay* and *Dan Waugh*, for appellees.

BLACK, J.—The appellants have assigned errors jointly. All the exceptions to rulings assailed by the assignment of errors were taken severally by the parties against whom they were made, except in one instance—that of the exception to the ruling attacked by the fifth assignment of error, by which error is assigned in the overruling of a demurrer to the answer to the fourth paragraph of complaint, as to which ruling the record shows that "the plaintiffs at the time excepted." The fourth paragraph was a complaint to which one of the appellants appears not to have been a party. Therefore the appellants jointly can not be regarded as having been harmed by the ruling holding the answer to that paragraph sufficient, it not being a ruling adverse to all of them, or as having the right to question the ruling on appeal.

Judgment affirmed.